IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHALID FULLER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO.** |
| | : | |
| **RESURGENT CAPITAL** | : | |
| **SERVICES, L.P. and LVNV** | : | |
| **FUNDING, LLC,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendants Resurgent Capital Services L.P. and LVNV Funding, LLC hereby remove the above-captioned matter to this Court from the Court of Common Pleas of Lackawanna County, Pennsylvania and in support thereof aver as follows:

1.     Resurgent Capital Services L.P. and LVNV Funding, LLC are the defendants in a civil action originally filed on February 11, 2022, in the Court of Common Pleas of Lackawanna County, Pennsylvania titled *Khalid Fuller v. Resurgent Capital Services L.P. and LVNV Funding, LLC,* and docketed to Case No. 2022-CV-619.

2.     This removal is timely under 28 U.S.C. § 1446(b).  Defendants received service of Plaintiff's Complaint or about May 4, 2022.

1

3.      Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all pleadings, process and orders filed in the state court action.

4.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendants, alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5.      On this date, Defendants have provided notice of this Removal to counsel for Plaintiff and to the Court of Common Pleas of Lackawanna County, Pennsylvania.

WHEREFORE, Defendants Resurgent Capital Services L.P. and LVNV Funding, LLC respectfully remove this case to the United States District for the Middle District of Pennsylvania.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendants*

Dated: June 1, 2022

2

## CERTIFICATE OF SERVICE

I certify that on June 1, 2022, a true copy of the foregoing document was served on all counsel of record by electronic service.

**MESSER STRICKLER BURNETE, LTD.**

By:    */s/ Lauren M. Burnette*
       LAUREN M. BURNETTE, ESQUIRE
       PA Bar No. 92412
       12276 San Jose Blvd.
       Suite 718
       Jacksonville, FL 32223
       (904) 527-1172
       (904) 683-7353 (fax)
       lburnette@messerstrickler.com
       *Counsel for Defendants*

Dated: June 1, 2022

3